MINUTE ENTRY
DUVAL, J.
SEPTEMBER 16, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLOOD CENTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-1965** |
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY** | **SECTION: K (4)** |

## ORAL ARGUMENT

MOTION for partial summary judgment by defendant, St. Paul Fire & Marine Insurance Company filed 8/27/09, doc. 15.

**CASE MANAGER:** SHEENA DEMAS
**COURT RECORDER:** BONNIE HEBERT

**APPEARANCES:** Richard Ehret, Shaundra Westerhoff, Joseph McReynolds

Court begins at 9:44 a.m.
Case called; all present and ready.
Oral argument by parties.
This matter is GRANTED for the oral reasons stated on the record.
Court adjourns at 10:02 a.m.

JS-10 (:18)